

**The New York Times Company**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 24 2019 ★

BROOKLYN OFFICE

David McCraw
Vice President & Deputy
General Counsel

T 212 556 4031

mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

April 22, 2019

**VIA FEDERAL EXPRESS**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

    Re:    *United States v. Leissner*, 18-cr-439-MKB – Request for Intervenor Status

Dear Judge Brodie:

I write to respectfully request that the Court formally grant The New York Times Company ("The Times") intervenor status so that it can appeal the Court's recent order denying The Times's application to unseal portions of the transcript of Defendant Tim Leissner's plea hearing.

The Times has twice made applications to the Court in respect to the sealing. On November 5, 2018, it requested that the Court unseal the transcript. *See* Dkt. 24. The Court partially granted that application on November 8, 2018, and directed the Government to file a redacted version of the transcript. *See* Dkt. Entry for Nov. 8, 2018. Subsequently, in a letter dated February 22, 2019, The Times moved for the unsealing of the redactions in the transcript and the Court's November 8 order. *See* Dkt. 36. The Court denied relief to The Times on April 4, 2019. *See* Dkt. Entry for Apr. 4, 2019.

While the Court has acted on our two applications, it has not granted us intervenor status. The granting of intervenor status to news organizations seeking to vindicate the public's First Amendment and common-law right of access has routinely been granted in this Circuit. *See, e.g., ABC, Inc. v.*

*Stewart*, 360 F.3d 90, 97 (2d Cir. 2004); *United States v. Graham*, 257 F.3d 143, 145 (2d Cir. 2001). Designation as an intervenor will facilitate our appeal of the Court's more recent access order to the Second Circuit.

Thank you for considering this matter.

Respectfully submitted,

David McCraw

cc: All counsel of record (via email)