UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――
                                                                    X
IN RE NEW YORK TIMES MOTION FOR            :        19-mc-1133-MKB
INTERVENOR STATUS,                                        :
―――――――――――――――――――――――――X

# NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Intervenor The New York Times Company hereby appeals to the United States Court of Appeals for the Second Circuit from the order entered in this action on April 4, 2019, denying Intervenor's motion to unseal.

Respectfully submitted,

Dated:  New York, New York          */s/ David McCraw*
             May 3, 2019                            David E. McCraw, Esq.
                                                             The New York Times Company
                                                             Legal Department
                                                             620 Eighth Avenue
                                                             New York, NY 10018
                                                             Phone: (212) 556-4031
                                                             Fax: (212) 556-4634
                                                             E-mail: mccraw@nytimes.com

                                                             *Counsel for Intervenor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2019, I caused the foregoing **NOTICE OF APPEAL** to be served via ECF to all counsel of record.

*/s/ David McCraw*